Michael O. Stevens, OSB No. 095198
email: michael@hillsborofirm.com
STEVENS & LEGAL, LLC
1915 NE Stucki Avenue, Suite 308
Hillsboro, OR 97006
Tel: (971) 533-6178
Fax: (971) 228-2608

Attorney for Plaintiff Trina Willy

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| TRINA WILLY,<br><br>        Plaintiff,<br><br>v.<br><br>THE SHERWIN-WILLIAMS COMPANY,<br><br>        Defendant. | Case No.    3:21-CV-00054-AR<br><br>**STIPULATED GENERAL JUDGMENT OF DISMISSAL** |

Pursuant to FRCP 41(a)(1)(ii), Plaintiff, Trina Willy, and Defendant, The Sherwin-Williams Company, jointly stipulate that this case is dismissed with prejudice and without costs or attorneys' fees to any party.

| | |
|---|---|
| STEVENS & LEGAL, LLC<br><br>By: /s/ Michael O. Stevens<br>Michael O. Stevens, OSB No. 095198<br>michael@hillsborofirm.com<br>Attorney for Plaintiff<br><br>Dated: July 29, 2022 | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.<br><br>By: /s/ *James M. Barrett*<br>James M. Barrett, OSB No. 011991<br>james.barrett@ogletree.com<br>Florence Z. Mao, OSB No. 144804<br>florence.mao@ogletree.com<br>Attorneys for Defendant<br><br>Dated: July 29, 2022 |